# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Marvin Company | ) | ASBCA Nos. 60063, 60064 |
| | ) | |
| Under Contract Nos.  H92237-12-C-0075 | ) | |
|                     H92237-10-M-0626 | ) | |

APPEARANCE FOR THE APPELLANT:  Mr. Sadat M. Afzaly
Vice President

APPEARANCES FOR THE GOVERNMENT:  Col Matthew J. Mulbarger, USAF
Air Force Chief Trial Attorney
Anna F. Kurtz, Esq.
Trial Attorney

## ORDER OF DISMISSAL

In response to the Board's 22 June 2016 order that appellant "inform the Board whether the appeals are withdrawn, such that they will be dismissed from the Board's docket with prejudice," appellant on 23 June 2016 stated the following:

> i m officially inform the board to do not follow my claims....
>
> ....
>
> ...[S]top the process on behalf of MARVIN Claims.  [Syntax in original]

The appeals are withdrawn.  Accordingly, they are dismissed from the Board's docket with prejudice.

Dated:  23 June 2016

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60063, 60064, Appeals of Marvin Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals